**FRANK E. RUTIG and BRUCE WEBSTER v. LAKE JEM LAND COMPANY, a corporation.**

24 So. (2nd) 898                                    January Term, 1946
February 15, 1946                                            Division B

*Walter Warren* for appellants.

*W. H. Poe, Andrews, Lavin & Patterson,* for appellee.

PER CURIAM:

The Court finding no reversible error, the judgment appealed from is affirmed.

It is so ordered.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.